**Fred Dempsey O'BRIEN, Appellant, v.
STATE, Appellee.**

No. 25980.

Court of Criminal Appeals of Texas.

Oct. 22, 1952.

McCarthy, Snodgrass & Haynes, George S. McCarthy, Amarillo, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The appeal is from a conviction of the misdemeanor offense of driving an automobile upon a public highway while intoxicated, the jury having assessed the punishment at 45 days in jail and a fine of $200.

Appellant's application in due form asking that the appeal be dismissed is granted.

The appeal is dismissed.

Opinion approved by the Court.